IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EQUAL EMPLOYMENT              )
OPPORTUNITY COMMMISSION,      )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )    2:22cv326-MHT
                             )        (WO)
CHIPOTLE MEXICAN GRILL,      )
INC.,                        )
                             )
     Defendant.             )
```

ORDER

Based on the representations made on the record during a telephone status conference on February 3, 2023, it is ORDERED that:

(1) The Equal Employment Opportunity Commission's motion for leave to amend its complaint (Doc. 23) is granted, with plaintiff to file the amended complaint forthwith.

(2) By February 10, 2023, the parties are jointly to file with the court a statement regarding their efforts

to stipulate to the identity and name of the correct defendant(s).

DONE, this the 6th day of February, 2023.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE

2