IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT | ) | |
| OPPORTUNITY COMMMISSION | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:22cv326-MHT |
| | ) | (WO) |
| CHIPOTLE MEXICAN GRILL, | ) | |
| INC., and CHIPOTLE | ) | |
| SERVICES, LLC, | ) | |
| | ) | |
|     Defendants. | ) | |

### ORDER

In light of the parties' joint status report (Doc. 29), it is ORDERED that the court will not take any further action at this time on the issue of the proper defendant(s) in the case.

DONE, this the 10th day of February, 2023.

                                     /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE