# THE UNITED STATES DISTRICCT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| EQUAL OPPORTUNITY EMPLOYMENT COMMISSION, Plaintiff, v. CHIPOTLE MEXICAN GRILL, INC.; and CHIPOTLE SERVICES, LLC Defendants. | CIVIL ACTION NO. 2:22-CV-00326-MHT-SMD |

## NOTICE OF SETTLEMENT

Defendants submit this Notice, advising the Court that the Parties have reached a settlement in principle. The Parties are diligently working to memorialize the terms of their agreement in a written Consent Decree, which the Parties will promptly submit to the Court once completed. Defendants provide this Notice to support the Court in its efforts to manage its docket and effectively prioritize the matters before it.

Respectfully submitted, this 16th day of January 2024.

**MARTENSON, HASBROUCK & SIMON LLP**

_____
Gary R. Kessler
Alabama Bar No. ASB0251—L52G
Betsy Bulat
Georgia Bar No. 558428*

1

Matthew D. Treco
Georgia Bar No. 802181*
2573 Apple Valley Road NE
Atlanta, Georgia 30309
T: (404) 909-8100
F: (404) 909-8120
gkessler@martensonlaw.com
bbulat@martensonlaw.com
mtreco@martensonlaw.com
*Pro Hac Vice*

*Attorneys for Defendants*

2

3

## **NOTICE OF SETTLEMENT**

I hereby certify that on this 16th day of January 2024, I caused the above and foregoing **NOTICE OF SETTLEMENT** to be electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Matthew D. Treco