IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:22cv326-MHT |
| CHIPOTLE MEXICAN GRILL, INC., and CHIPOTLE SERVICES, LLC, | ) ) ) ) | |
| Defendants. | ) | |

### ORDER

Upon consideration of the parties' notice of settlement (Doc. 78), it is ORDERED that the motion for summary judgment (Doc. 72) is denied with leave to renew if the settlement is not consummated.

DONE, this the 14th day of February, 2024.

                                        /s/ Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE