IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMMISSION | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 2:22cv326-MHT (WO) |
| CHIPOTLE MEXICAN GRILL, INC., and CHIPOTLE SERVICES, LLC, | ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

Upon consideration of the parties' joint motion for entry of consent decree (Doc. 81), it is ORDERED that:

(1) The court approves the consent decree (Doc. 82), which has been entered separately.

(2) The court retains jurisdiction of this action during the term of the consent decree to enforce the terms and conditions set therein.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 1st day of May, 2024.

_____
UNITED STATES DISTRICT JUDGE